Civil Action Suite

2 25-CV-197

Victor R.E. Wright
V.S
Mark Mason of
Hall County Jail H.C.D.C

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 03 2025

KEVIN WEIMER, Clerk
By: _____ Deputy Clerk

On Dec. 10, 2022 between 10:00am-10:30am I was assaulted and beaten by Lt.(Sgt) Mark Mason while being held with arms behind my back to surrenr. Mark Mason punched me in my right eye with a closed fist that resaulted in my lost of sight my face plate was cracke from this and I had to have plastic surgery to have plates put in my face and I can't see out my right eye any more. So I can't take care of myself work, and I'm in constant fear of my life hear a Hall county Jail I'm asking for compensation for physical, emotional, mental injuries, and for the surgeries I have been billed for.
$350,000.00

I Victor R E Wright hereby oath on this day 26th of June year of 2025

[signature]

Lisa Nichols Cantrell
06/24/25

[Notary Seal: LISA NICHOLS CANTRELL, NOTARY PUBLIC, COMMISSION EXPIRES Apr. 8, 2027, HALL COUNTY, GA]